**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on August 26, 2014

**Raymond B Ray**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10–45135–RBR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Libis Diaz
aka Libis Yarira Diaz, aka Libis Y Diaz
2173 Renaissance Blvd, Apt 103
Miramar, FL 33025

SSN: xxx–xx–0543

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.